MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

RODNEY C. VILLAZOR (NYBN 4003596)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, CA  94612
   Telephone: (510) 637-3689
   Fax: (510) 637-3724
   E-mail: rodney.villazor@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND BRANCH

| UNITED STATES OF AMERICA, | ) | No. CR 12-00651 YGR |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND **ORDER** TO SET CHANGE OF PLEA OR TRIAL SETTING DATE ON JUNE 20, 2013 AND EXCLUSION OF TIME |
| JESSE YANG, | ) | |
| Defendant. | ) | |

     The above-captioned matter is currently set on May 16, 2013 before the Court for change of plea hearing.  The parties request that this Court set this matter for a change of plea hearing or trial setting on June 20, 2013 at 2:00 p.m., and that the Court exclude time under the Speedy Trial Act between May 16, 2013 and June 20, 2013.  The parties stipulate that the time is excludable from the time limitations of the Speedy Trial Act because the interests of justice are served by granting a continuance, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

     Such continuance is required because the Court granted the parties' stipulation for a voluntary settlement conference before U.S. Magistrate Laurel Beeler, and that settlement

STIPULATION AND EXCLUSION OF TIME
CR 12-00651 YGR

conference previously scheduled for May 1, 2013 has been rescheduled to June 5, 2013. In addition, defense counsel is unavailable on June 13, 2013. This continuance will allow the reasonable time necessary for effective preparation and continuity of counsel taking into account the exercise of due diligence.

As such, the parties respectfully request that the time between May 16, 2013 and June 20, 2013 be excluded under U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: May 9, 2013                    Respectfully submitted,

MELINDA HAAG
United States Attorney

  /s/
RODNEY C. VILLAZOR
Assistant United States Attorney

  /s/
JOYCE LEAVITT
Attorney for Jesse Yang

### ORDER

Based on the reason provided in the stipulation of the parties above, the Court hereby FINDS that for adequate preparation of the case by all parties and continuity of counsel, and in the interest of justice, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), an exclusion of time is warranted under the Speedy Trial Act. Based on these findings, IT IS HEREBY ORDERED THAT the change of plea or trial setting is continued to June 20, 2013 at 2:00 p.m. before the Court, and time is excluded until June 20, 2013.

**IT IS SO ORDERED.**

DATED: May 9, 2013

YVONNE GONZALEZ ROGERS
United States District Judge

STIPULATION AND EXCLUSION OF TIME
CR 12-00651 YGR

2