STEVEN G. KALAR
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627
(510) 637-3500

Counsel for Defendant JESSE YANG

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>   v. )<br>)<br>)<br>JESSE YANG, )<br>)<br>           Defendant. ) | No. CR 12-00651 YGR<br><br>STIPULATION AND<br>ORDER CONTINUING DATE FOR<br>CHANGE OF PLEA OR TRIAL<br>SETTING; EXCLUSION OF TIME |

**STIPULATION**

IT IS HEREBY STIPULATED, by and between the parties to this action, that the change of plea or trial setting date, currently scheduled for Thursday, June 20, 2013, at 2:00 p.m., may be continued to Thursday, July 11, 2013, at 2:00 p.m. for change of plea or trial setting. A settlement conference was held before Magistrate Laurel Beeler on June 5, 2013. Following the settlement conference, the parties are continuing to review and discuss the evidence as well as a possible disposition. In addition, defense counsel has been out of town and unavailable for the past week and will also be out of the office during part of the week of July 1, 2013. A continuance to July 11, 2013, will enable the parties to complete their review of the evidence and resolve all outstanding

matters prior to the next appearance.  The parties therefore stipulate that the time from June 20, 2013, to July 11, 2013, should be excluded in accordance under 18 U.S.C. §§ 3161(b), (h)(7)(A) and (B)(iv) for effective preparation of counsel and continuity of counsel so that the parties can continue to review and discuss the evidence and a possible disposition prior to the next appearance which is set for change of plea or trial setting.

DATED: 6/18/13                                  ____/s/_____
                                                JOYCE LEAVITT
                                                Assistant Federal Public Defender

DATED: 6/18/13                                  _____/s/_____
                                                RODNEY VILLAZOR
                                                Assistant United States Attorney

    I hereby attest that I have permission of the parties to enter a conformed signature (/s/) for all signatures within this e-filed document.

## ORDER

    GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the change of plea or trial setting date Jesse Yang, currently scheduled for Thursday, June 20, 2013, at 2:00 p.m., is hereby continued to Thursday, July 11, 2013, at 2:00 p.m. for status.

    IT IS FURTHER ORDERED that the time from June 20, 2013, to July 11, 2013, is excluded in accordance with 18 U.S.C. §§ 3161(b), (h)(7)(A) and (B)(iv) for effective preparation of counsel and continuity of counsel so that the parties can continue to review and discuss the evidence and a possible disposition and resolve all outstanding matters prior to the next court appearance.  The

1  Court finds that there is good cause and that the ends of justice served by the granting of the

2  continuance outweigh the best interests of the public and the defendant in a speedy and public trial

3  and the failure to grant the requested continuance would unreasonably deny counsel the reasonable

4  time necessary for effective preparation, taking into account due diligence.

5   SO ORDERED.

6  DATED: June 18, 2013

7  _____
   HON. YVONNE GONZALEZ ROGERS
8  United States District Judge

*U S v. Jesse Yang*, CR 12-00651 YGR;
Stip. to Continue Date; Exclusion of Time       - 3 -